KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

RECEIVED
06 AUG 29 AM 9:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 3 0 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHOUYEN TENG,<br><br>  Plaintiff,<br><br>  v.<br><br>ALBERTO R. GONZALES, United States Attorney General, et al.<br><br>  Defendants. | No. C 06-4855 MMC<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to adjudicate such application within 14 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

///

///

Stip to Dismiss
C 06-4855 MMC

1 | Dated: August 2Y, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_/s/_
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

8 | Dated: August 18, 2006

_Lee faxed Signature_
SHOUYEN TENG, *Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   AUG 3 0 2006

_/s/_
MAXINE M. CHESNEY
United States District Judge

Stip to Dismiss
C 06-4855 MMC

1 | Dated: August ___, 2006                Respectfully submitted,

2 |                                         KEVIN V. RYAN
                                           United States Attorney
3 |

4 |

5 |                                         _____
                                           ILA C. DEISS
                                           Assistant United States Attorney
6 |                                         Attorney for Defendants

7 |
                                           /s/ T. J. Shouyen
8 | Dated: August 28, 2006                  _____
                                           SHOUYEN TENG, Pro Se
9 |

10 |                              **ORDER**

11 |    Pursuant to stipulation, IT IS SO ORDERED.

12 |

13 |

14 | Date:                                  _____
                                           MAXINE M. CHESNEY
15 |                                        United States District Judge

16 |

...

28 | Stip to Dismiss
    C 06-4855 MMC

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHOUYEN TENG,

        Plaintiff,

v.

ALBERTO R. GONZALES et al,

        Defendant.

Case Number: CV06-04855 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shouyen Teng
2342 Jasper Hill Drive
San Ramon, CA 94582

Ila C. Deiss
Assistant US Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: August 30, 2006

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero, Deputy Clerk